**[J-111-2016]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 32 MAP 2016 |
| | : | |
| Appellant | : | Appeal from the Order of the Superior |
| | : | Court dated October 28, 2015 at No. |
| | : | 2074 MDA 2014 Affirming the Order of |
| v. | : | the York County Court of Common |
| | : | Pleas, Criminal Division, dated |
| | : | November 6, 2014 at No.CP-67-CR- |
| LORNE BRETT HOPKINS, JR., | : | 0004536-2014 |
| | : | |
| Appellee | : | SUBMITTED:  September 7, 2016 |

**ORDER**

**PER CURIAM**                                         **DECIDED:  June 30, 2017**

**AND NOW,** this 30th day of June, 2017, the Court being equally divided, the Order of the Superior Court is **AFFIRMED**.


Justice Donohue files an opinion in support of affirmance in which Justices Baer and Dougherty join.

Chief Justice Saylor files an opinion in support of reversal in which Justices Todd and Mundy join.

Justice Wecht did not participate in the consideration or decision of this matter.